**No. 09-982. Brian Moore, Petitioner v. Delbert Hosemann, Mississippi Secretary of State.**

560 U.S. 904, 130 S. Ct. 3276, 176 L. Ed. 2d 1183, 2010 U.S. LEXIS 3971.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 591 F.3d 741.

**No. 09-1056. Bobby Lee Cutts, Jr., Petitioner v. Ohio.**

560 U.S. 904, 130 S. Ct. 3276, 176 L. Ed. 2d 1183, 2010 U.S. LEXIS 4016.

May 17, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Stark County, denied.

**No. 09-1057. Lars P. E. Bildman, Petitioner v. Astra USA, Inc., et al.**

560 U.S. 904, 130 S. Ct. 3276, 176 L. Ed. 2d 1183, 2010 U.S. LEXIS 4033.

May 17, 2010. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 455 Mass. 116, 914 N.E.2d 36.

**No. 09-1062. Sarah Greaves, Petitioner v. Lisa Massad.**

560 U.S. 904, 130 S. Ct. 3276, 176 L. Ed. 2d 1183, 2010 U.S. LEXIS 4048.

May 17, 2010. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

Same case below, 116 Conn. App. 672, 977 A.2d 662.

**No. 09-1064. Agwu Nwoke, Petitioner v. Village of Bolingbrook, Illinois, et al.**

560 U.S. 904, 130 S. Ct. 3276, 176 L. Ed. 2d 1183, 2010 U.S. LEXIS 3981.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 355 Fed. Appx. 59.

**No. 09-1066. T. Y. and K. Y., on Behalf of T. Y., Petitioners v. New York City Department of Education, Region 4.**

560 U.S. 904, 130 S. Ct. 3277, 176 L. Ed. 2d 1183, 2010 U.S. LEXIS 3994.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 584 F.3d 412.